**Keith J. DAVIS, Petitioner**

v.

**DEPARTMENT OF THE NAVY, Respondent**

2015–3217

United States Court of Appeals, Federal Circuit.

August 3, 2016

MARSHALL J. TINKLE, Hirshon Law Group, P.C., Portland, ME, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD.

Per Curiam (Dyk, Bryson, and Reyna, Circuit Judges).

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**